IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

IRMA MARTINEZ, FELIPE MARTINEZ,
LARRY MUNN, JOSE PRIETO, and LEE HUNT,
as Personal Representative
of the Estate of ABEL PORTILLO, deceased,

        Plaintiffs,

vs.                                      No. 1:17-cv-00922-KWR-JFR

CONTINENTAL TIRE THE AMERICAS, LLC,
an Ohio Limited Liability Company,

        Defendant.

## ORDER *GRANTING* PLAINTIFFS' *UNOPPOSED* MOTION TO FILE UNDER SEAL PLAINTIFFS' UNREDACTED RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION *IN LIMINE* NO. 1 [DOC. 620] AND RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION *IN LIMINE* NO. 2 [DOC. 621]

**THIS MATTER** came before the Court on Doc. 636, Plaintiffs' Motion To File Under Seal Their Response in Opposition to Defendant's Motion *in Limine* No. 1 [Doc. 620] and their Response in Opposition to Defendant's Motion *in Limine* No. 2 [Doc. 621].

The Court, having reviewed the Motion and there being no opposition to the Motion, and noting that Plaintiffs filed a redacted version of their Response in Opposition to Defendant's Motion *in Limine* No. 1 [Doc. 620] and their Response in Opposition to Defendant's Motion *in Limine* No. 2 [Doc. 621], finds the Motion is **WELL-TAKEN** and is hereby **GRANTED.**

**IT IS HEREBY ORDERED** that Plaintiffs may file an unredacted Response in Opposition to Defendant's Motion *in Limine* No. 1 [Doc. 620] and Response in Opposition to Defendant's Motion *in Limine* No. 2 [Doc. 621].  under seal.

**IT IS SO ORDERED.**

_____
**KEA W. RIGGS**
**UNITED STATES DISTRICT JUDGE**

Respectfully submitted by:



**_/s/Mixcoatl Miera-Rosete_**
Randi McGinn
Michael E. Sievers
Mixcoatl "Mish" Miera-Rosete
201 Broadway Blvd. SE
Albuquerque, New Mexico  87102
p: (505) 843-6161
f: (505) 242-8227
Randi@McGinnLaw.com
Mike@McGinnLaw.com
Mish@McGinnLaw.com

**_Attorneys for Plaintiffs Irma Martinez, Felipe Martinez,_**
**_Larry Munn and Lee Hunt, as Representative of the_**
**_Estate of Abel Portillo, deceased_**

**Approved by:**

HARTLINE BARGER, LLP
Donald A. DeCandia
141 Palace Ave., Garden Suite #2
Santa Fe, New Mexico 87501
Ph: (505) 336-5291
ddecandia@hartlinebarger.com

YOKA & SMITH, LLP
**_Approved via e-mail 6/24/22_**
Walter M. Yoka
Anthony F. Latiolait
Bret R. Henry
Shauna Avrith
445 South Figueroa Street, 38th Floor
Los Angeles, CA 90017
Tel.: 213-427-2300
wyoka@yokasmith.com
alatiolait@yokasmith.com
bhenry@yokasmith.com
savrith@yokasmith.com

**_Attorneys for Defendant Continental Tire the_**
**_Americas, LLC_**

2