IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

IRMA MARTINEZ, FELIPE MARTINEZ,
LARRY MUNN, JOSE PRIETO, and
LEE HUNT, as Personal Representative of
the Estate of ABEL PORTILLO, Deceased,

          Plaintiffs,

v.                                                            No. 1:17-cv-00922-KWR-JFR

CONTINENTAL TIRE THE AMERICAS,
LLC, an Ohio Limited Liability Company,

          Defendant.

## STIPULATED ORDER GRANTING JOINT MOTION
## FOR EXTENSION OF TIME FOR POST-TRIAL SUBMISSIONS

**THIS MATTER** came before the Court on the parties' Joint Motion to For Extension of Time for Post-Trial Submissions [Doc. 737]. The Court having reviewed the Motion, having been apprised of the fact that all parties concur in the relief sought, and being otherwise sufficiently advised in the premises, finds that there is good cause to extend the deadline for submission of written closing arguments and proposed findings of fact and conclusions of law ("post-trial submissions") as requested in the motion.

**IT IS THEREFORE ORDERED** that all post-trial submissions shall be due **on or before Tuesday January 17, 2023.**

        **IT IS SO ORDERED.**

                                                          **KEA W. RIGGS**
                                                **UNITED STATES DISTRICT JUDGE**

**SUBMITTED BY:**

*/s/Mixcoatl "Mish" Miera-Rosete*
Randi McGinn
Michael E. Sievers
Mixcoatl "Mish" Miera-Rosete
McGinn, Montoya, Love & Curry, P.A.
201 Broadway Blvd. SE
Albuquerque, New Mexico  87102
p: (505) 843-6161
f: (505) 242-8227
Randi@McGinnLaw.com
Mike@McGinnLaw.com
Mish@McGinnLaw.com

*Attorneys for Plaintiffs Irma Martinez, Felipe Martinez, Larry Munn and Lee Hunt, as Representative of the Estate of Abel Portillo, deceased*

HARTLINE BARGER, LLP

*/s/ Donald A. DeCandia*
Donald A. DeCandia
141 Palace Ave, Garden Suite #2
Santa Fe, New Mexico 87501
Telephone: (505) 336-5291
ddecandia@hartlinebarger.com

-and-

YOKA & SMITH, LLP

Walter M. Yoka
Anthony F. Latiolait
Bret Henry
445 South Figueroa Street, 38th Floor
Los Angeles, CA  90017
Telephone: (213) 427-2300
wyoka@yokasmith.com
alatiolait@yokasmith.com
bhenry@yokasmith.com

*Attorneys for Defendant Continental Tire the Americas, LLC*