IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

IRMA MARTINEZ, FELIPE MARTINEZ,
LARRY MUNN , and
LEE HUNT, *as personal representative
of the estate of Abel Portillo*, *deceased*,

      Plaintiffs[1],

vs.                                    No. 1:17-cv-00922-KWR-JFR

CONTINENTAL TIRE THE AMERICAS,
LLC, *An Ohio Limited Liability Company*

      Defendant.

## ORDER GRANTING MOTION

**THIS MATTER** comes before the Court on Plaintiffs' Motion to File under Seal Plaintiffs' Response to CTA Motion to Seal Portions of the Trial Transcripts for July 27 and 28, 2022 (**Doc. 739**). This motion appears to be unopposed and otherwise appears to be well-taken. Therefore, the motion is **GRANTED**. Plaintiffs shall file their response under seal within seven (7) days of the entry of this order.

**IT IS SO ORDERED**

_____
**KEA W. RIGGS**
**UNITED STATES DISTRICT JUDGE**

---

[1] Jose Prieto, who was also allegedly injured in the crash, settled before trial and did not participate in the bench trial. When the Court refers to Plaintiffs in this order, it does not refer to Mr. Prieto.