## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

IRMA MARTINEZ, FELIPE MARTINEZ,
LARRY MUNN, JOSE PRIETO, and LEE HUNT,
as Personal Representative of the Estate of
ABEL PORTILLO, deceased,

      Plaintiffs,

vs.                                                                     No. 1:17-cv-00922-KWR-JFR

CONTINENTAL TIRE THE AMERICAS, LLC,
an Ohio Limited Liability Company,

      Defendant.

### ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE

**THIS MATTER** having come before the Court on the Unopposed Motion of Plaintiff Jose Prieto ("Prieto") and Defendant, Continental Tire the Americas, LLC ("CTA") to Dismiss with Prejudice Prieto's claims against CTA, the Court finds that the Motion is **WELL-TAKEN** and should be **GRANTED.**

      **IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that all claims, including claims for attorneys' fees and costs, that were or could have been brought by Prieto against CTA are **DISMISSED WITH PREJUDICE.**

      **IT IS SO ORDERED.**

                               **KEA W. RIGGS**
                               **UNITED STATES DISTRICT JUDGE**

**SUBMITTED BY**:

***Attorneys for Defendant Continental Tire***
***The Americas, LLC***

By: */s/ Donald A. DeCandia*
Donald A. DeCandia
HARTLINE BARGER LLP
141 Palace Ave., Suite 100
Santa Fe, New Mexico 87501
Telephone: (505) 336-5291
ddecandia@hartlinebarger.com

~ and ~

Walter M. Yoka
Anthony F. Latiolait
Bret R. Henry
Shauna Avrith
YOKA & SMITH, LLP
445 South Figueroa Street, 38th Floor
Los Angeles, CA 90017
Tel.: 213-427-2300
wyoka@yokasmith.com
alatiolait@yokasmith.com
bhenry@yokasmith.com

**APPROVED BY**:

***Attorneys for Plaintiff Jose Prieto***

By: */s/ Electronically approved 1/12 /2023*
Steven K. Sanders
LAW OFFICES OF STEVEN K. SANDERS
820 Second Street NW
Albuquerque, NM 87102
(505) 243-7170
stevenksanders@aol.com

***Attorneys for Plaintiffs Irma Martinez, Felipe Martinez, Larry Munn and Lee Hunt, as <u>Representative of the Estate of Abel Portillo, deceased</u>***

By: *<u>/s/ Electronic approval by Randi McGinn on 04/26/2023</u>*
Randi McGinn
Michael E. Sievers
Mixcoatl "Mish" Miera-Rosete
MCGINN MONTOYA LOVE & CURRY PA
201 Broadway Blvd. SE
Albuquerque, New Mexico  87102
(505) 843-6161
Randi@McGinnLaw.com
Mike@McGinnLaw.com
Mish@McGinnLaw.com

~ and ~

Dicky Grigg
SPIVEY & GRIGG, LLP
3303 Northland Drive, #205
Austin, TX 78731-4955
(512) 474-6061
dicky@spivey-law.com